IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No.  05-CR-00294-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5. ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,
6. FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7. MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. MARTIN VALDOVINES-VAZQUEZ,
14. INGRID CALAR,
15. SAUL GARCIA-ANTILLON,
16. CARLOS SIMENTAL,
17. ROBERT OLIVAS,
18. ANTHONY PINO,
19. **ROSARIO VARGAS**,
20. SANTIAGO MEDINA,
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

     Defendants.

## ORDER GRANTING ENLARGEMENT OF TIME IN WHICH TO FILE MOTIONS

Defendant Rosario Vargas' Motion to Adopt Co-Defendants [Martin Valdovines-Vasquez] Unopposed Motion for Enlargement of Time In Which to File Motions (Dkt. # 316) is GRANTED.  Defendant Rosario Vargas shall have to and including May 5, 2006 within which to file pretrial motions.  It is further

ORDERED that the government's responses to said pretrial motions shall be due May 15, 2006.

DATED: February 23, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge